IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

QUARRY AND CONTRACTOR EQUIPMENT
AND SUPPLY COMPANY, INC.

   Plaintiff

vs.          CIVIL ACTION NO. MJG-02-2976

METSO MINERALS INDUSTRIES, INC.

   Defendant

\* \* \* \* \* \* \* \* \*

ORDER TRANSFERRING CASE

At the request of Plaintiff, and with the consent of Defendant:

1. This case is hereby TRANSFERRED to the United States District Court for the Northern District of Texas.

2. The Clerk promptly shall take all steps necessary to effect the transfer.

3. The parties shall bear their own costs to date in this case.

SO ORDERED THIS 25th DAY OF November, 2002.

_____
Marvin J. Garbis
United States District Judge